UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FREDDIE JIMENEZ,**

      **Plaintiff,**

                                          Case No. 04-73008

v.

                                          HONORABLE DENISE PAGE HOOD

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____/

## **JUDGMENT**

      In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

      Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

Approved:                                        By: s/ Wm. F. LEWIS
                                                     Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: September 27, 2005

Detroit, Michigan